IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANITRA N. ROGERS**                                                                                           **PLAINTIFF**

v.                                          **Case No. 4:21-cv-00455-LPR**

**LIGHTHOUSE ACADEMIES OF ARKANSAS, INC.**                                        **DEFENDANT**

## ORDER

Ms. Rogers has paid the filing fee. (Doc. 1). Under Federal Rule of Civil Procedure 4(c)(1) and (m), Ms. Rogers must serve Defendant with a copy of her Complaint and Summons within ninety-days of filing the Complaint. The Clerk of Court is directed to issue Summons to Defendant at the address provided in the Complaint and mail it, along with a copy of the Complaint, to Ms. Rogers so that Ms. Rogers can complete service of process. Ms. Rogers is warned that failure to complete service within the allotted time may result in dismissal of her case. Local Rule 5.5(c)(2).

Dated, this 4th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE