# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANITRA N. ROGERS**                                                                                     **PLAINTIFF**

**v.**                                          **Case No. 4:21-cv-00455-LPR**

**LIGHTHOUSE ACADEMIES OF ARKANSAS, INC.**                              **DEFENDANT**

## ORDER

Defendant Lighthouse Academies of Arkansas reports discovery issues and moves to compel Plaintiff Anitra Rogers's participation in the discovery process.[1]  Ms. Rogers has not responded to the motion.  Defendant's motion is granted.  By Wednesday, June 1, 2022, Ms. Rogers must respond to Defendant's discovery requests or notify its lawyer if she believes the requests are improper under the rules.  If Ms. Rogers does not timely cooperate in discovery, then there will be adverse consequences for her case, including the possibility of dismissal.[2]

Dated, this 11th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Motion to Compel, Doc. 12.

[2] FED. R. CIV. P. 37(b)(2)(A); LOCAL RULE 5.5(c)(2).